# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **GARY A. GILMORE**<br>**LA. DOC #495981** | **CIVIL ACTION NO. 15-2373**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JOHNNY HEDGEMEN, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein,  noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED** pursuant to the provisions of Federal Rule of Civil Procedure 41(b) and Local Rule 41.3.

**MONROE, LOUISIANA,** this 24ᵗʰ day of March, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE